FILED
CLERK, U.S. DISTRICT COURT
APR 12 2023
CENTRAL DISTRICT OF CA.
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Tohi Ryan Ngata, <br><br> Defendant. | Case No.: MJ 23-01745-DUTY <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Utah___ for alleged violation(s) of the terms and conditions of (his)/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___no known bail resources, unknown recent___

1 <u>background, use of numerous personal identifiers,</u>
2 <u>apparent ongoing substance abuse, allegations of</u>
3 <u>petition involving failure to appear</u>

4 and/or

5 B. (✓) The defendant has not met (his)/her burden of establishing by
6 clear and convincing evidence that (he)/she is not likely to pose
7 a danger to the safety of any other person or the community if
8 released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 on: <u>criminal history, committed new crime while on</u>
10 <u>release, prior probation violations, apparent ongoing</u>
11 <u>substance abuse, prior supervised release violation</u>

14 IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

17 Dated: <u>April 14, 2023</u>

/s/ Jean Rosenbluth
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

2